UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____



APR 29 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Anthony O'Neil Hickey )
#141911 )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )
)
v. )
Trousdale Turner )
Correctional Complex )
_____ )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

1

Case 3:20-cv-00474   Document 2   Filed 04/29/20   Page 1 of 8 PageID #: 7

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Trousdale Turner Correctional Complex

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? I had a Inmate Adviser send or rather bring me the policies

      2. What was the result? They said the policies didn't apply to my situation

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

   F. If your answer is YES,

      1. What steps did you take? I sent Internal Affairs, Unit Manager Cude, Unit Manager Williams, Chief Whedenburg a S-1C Form

2

2. What was the result? Even though my life was threatened they said not would happen and told me I had to go back to the compound after being threatened by the Cripts-A gang I'm sure you have heard of them.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Anthony O'Neil Hickey #141911

Present address: T.T.C.C. AC-113 140 Macon Way Hartsville, Tn. 37074

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Trousdale Turner Correctional Complex

Official position: Warden Washburn

Place of employment: Trousdale Turner Correctional Complex

C. Additional defendants: Unit Manager Code, Lt. Porter, Captain McVay, Sergeant Hawkins, Sergeant Gent, and Sergeant Mella, Chief Whatenburg, Sergeant Ribbions and T.D.O.C Liaison Mr. Brown and Internal Affairs

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Sergeant Ribbions told me to fill out a S-1-C Form and put the names of the gang members on it and should would take

3

it to Chief Whalenburg to get me put on P.C.P.I. and he did c/o Taylor who works visitation gave me a drug screen I passed so he took me to medical then they sent me to AC-113 on PCPI. Unit Manager Mrs. Williams came to my cell and asked me if I RCA'd or PCPI, I told her Chief Whalenburg put me on PCPI so I filled out my 3rd S-1C Form. She told me Sergeant Ribbons never turned in the paperwork and on 2-2-20 before c/o Taylor escorted me out of the Pod between 7:15 to 9:00 P.M. I saw Sergeant Ribbons on top walk talking to two (2) of the Cripts who threatened me she even pointed at me I'am sure you can still look at the footage on the cameras in Building C Pod C and you will see I'am telling the truth. I have kept putting S-1C Forms in but they never gave me a hearing on the first one (PC Hearing) and they will not give me one even after Sergeant Ribbons was told by 3 other inmate that the Cripts was going to stab me if I was still in the cell with one of them or if I was even on the compound because I wouldn't pay them $50.00 for rent for the cell I was in, so they keep writting me up for RCA and is trying to push me back onto the compound they are not and hardly ever do follow their polices. They have pushed a few other guys back out onto the compound and they ended up getting stuck look this prison up on the Internet (Gangsta)
run this prison

V.  **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

By polices since my life was threatened they should have put me o P.C. but they stated they don't house PCs at this prison anymore and there are some in A Building Pod A. I can't go back out on the compound if I do the Capts are going to stab me to death I also have Factors 8 & 9 blood disorder, clogging factors when I bleed it can be like a water fountain.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Anthony Hosk(?)_ day of _April 23rd_, 20_20_.

_____
Signature of plaintiff(s)

5

1# To Whom It May Concern,   4-23-20

I have given you all the information in my last letter even a copy of the S-1C I just filled out. I'm a 50 year old man how can I protect myself against young gang bangers (gang members) especially when they plan on sticking me with knives. Most of the people I listed on page 3 III Parties laugh and joke about it, I tell them what was said was going to happen if I go back out on the compound.

Their policies CCA, FDOC, and Federal policies are all the same and is clear about what they are suppose to do if someone knows and tells them (even other inmates) they are suppose to put you on P.C., but like most of them tell you here they run however they want to and they get away with it.

They keep trying to force me to go back out onto the compound, a couple of them even remarked if something happened to me they just clean up the mess and they would have a open bed for someone else. So they keep writing me up for RCA every 20 days because I won't go back out on the compound, because if I do I'd just be better off hanging myself in my cell.

I hope and pray that you understand what would happen to

me if I was to go back out onto the compound, like I said look this prison up on the Internet (a computer) then maybe you'll also see better what happens and how they run this prison. I've been indigent for over 60 days after 30 days policy says they have to give you (Indigent Hygiene and a Indigent Writing pack containing soap, shampoo, deodorant, toothpaste, toothbrush, stamped envelopes, writing paper, envelopes, etc.), but they don't. I have seen them go get a hygiene kit for gang members who order commissary nearly every week just so they can order all food and drink products.

I'm hoping that some way you can help me out I can't fight those young gang members plus if they stick me with a knife no matter where me having factors 8 & 9 blood disorder (clogging factors) I would bleed out they wouldn't be able to save me or stop the bleeding.

I hope to get a good response back from you, I'm sending you receipts of my trust fund account from 8/15/2019 up to 2/26/2020. Its receipts I have saved they wouldn't give me another new copy off my trust fund account even after I told them why I needed it and the officers back here told me if I had to get copies of my inmate account and have it signed by a authorized officer or even a Notary Public I had to go back out onto the compound then they just laughed at me.

Since I'm 50 years old and in prison it really doesn't matter what happens to me.

Sincerely
Anthony Hickey

T.T.C.U.I [illegible] (T.U.I)
A.K-113
140 [scribbled] Macon Way
Hartsville, Tn. 37074

Eastern District Of Tennessee
Office Of
Clerk, United States District Court
800 Market St., Suite 130
Knoxville, Tennessee 37902

RECEIVED
APR 29 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville