# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY HICKEY, | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00474 |
| | ) | |
| TROUSDALE TURNER | ) | |
| CORRECTIONAL COMPLEX, et al., | ) | |
| | ) | |
|     **Defendants.** | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 43) recommending that Defendants' Motion for Summary Judgment (Doc. No. 36) be granted and that this action be dismissed. No objections have been filed. If there are no objections, the Court is not required to review the R&R *de novo* and should "adopt the magistrate's findings and rulings to which no specific objection is filed." Benson v. Walden Sec., No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018) (citing Thomas v. Arn, 474 U.S. 140 (1985)); see also Frias v. Frias, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 43) is **APPROVED** and **ADOPTED**. Defendants' Motion for Summary Judgment (Doc. No. 36) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE